# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARISOL FLORES, | ) | 1:10cv02004 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 22, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On October 25, 2010, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted. Defendant shall respond to the letter within 35 days. Thereafter, if Defendant does not stipulate to remand, Plaintiff must file and serve an opening brief within 30 days of Defendant's response.

On February 28, 2011, Defendant filed the administrative record. On June 2, 2011, the Court granted attorney Lawrence D. Rohlfing's motion to withdraw as attorney of record for Plaintiff and substituted Plaintiff pro se. The dates in the Scheduling Order were extended 45

1 days. Plaintiff's opening brief was to be filed on or before July 21, 2011.  Plaintiff has failed to
2 file her opening brief.
3      Therefore, Plaintiff is ordered to show cause, if any she has, why this action should not be
4 dismissed for failure to comply with the Scheduling Order and the Court's June 2, 2011 order.
5 Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN **twenty**
6 **(20) days** of the date of this Order.  If Plaintiff desires more time to file her brief, she should so
7 state in her response.
8      **<u>Failure to respond to this Order to Show Cause will result in dismissal of this action</u>**.

10      IT IS SO ORDERED.
11      Dated:   **August 5, 2011**                  **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE